

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
    JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

July 16, 2014

Gary Fitzsimmons
Dallas County District Clerk
133 N. Riverfront Blvd., LB 12
Dallas, TX 75207

> Re:  Matthew Lee Johnson
> Trial Court Number F-12-23749-W
> Case Number AP-77,030

Dear Mr. Fitzsimmons:

Enclosed please find the order of the Court requesting exhibits in the above referenced cause.   The juror questionnaires on CD shall be forwarded to this Court under seal by your office.  A certified copy of the CD under seal is acceptable.

Certified color copies of the photographs may be submitted in lieu of the originals.

Please call if you have any questions.

Sincerely,

Abel Acosta
Clerk

By:_____
John Brown
Chief Deputy Clerk

cc:    John Tatum
District Attorney, Dallas County
Christine Womble, Assistant District Attorney
Brad Levenson, Office of Capital Writs